No. 01–9198.  CUNNINGHAM v. BARNHART, COMMISSIONER OF SOCIAL SECURITY.  C. A. 6th Cir.  Certiorari denied.

No. 01–9200.  WHISLER v. KANSAS.  Sup. Ct. Kan.  Certiorari denied.

No. 01–9203.  WALKER v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 01–9205.  TAYLOR v. ALABAMA INTERTRIBAL COUNCIL TITLE IV J. T. P. A. ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 01–9215.  RANGEL RODRIGUEZ v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 01–9274.  JONES v. LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 01–9291.  TROYER v. FLORIDA.  Dist. Ct. App. Fla., 2d Dist.  Certiorari denied.

No. 01–9357.  RAMSDALE v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 01–9375.  THOMAS ET AL. v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 01–9377.  ALFEROS v. OFFICE OF PERSONNEL MANAGEMENT.  C. A. Fed. Cir.  Certiorari denied.

No. 01–9384.  LAMBERT v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 01–9386.  SPINNER v. UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 01–9398.  STEPHENS v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 01–9399.  NAPIER v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.